YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIK RUEPPEL, an individual<br>APRIL RUEPPEL, an individual<br><br>　　　　　　Plaintiffs,<br>　vs.<br><br>RESURGENT MORTGAGE SERVICING; SHELLPOINT MORTGAGE SERVICING; THE BANK OF NEW YORK AS TRUSTEE FOR CWALT 2005-16; and DOES 1 through 10, INCLUSIVE,<br><br>　　　　　　Defendants. | Case No. 5:15-cv-4746-EJD<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE** |

Having considered the parties' joint stipulation, IT IS HEREBY ORDERED that this action is dismissed WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: September 15, 2017, 2017

EDWARD J. DAVILA
UNITED STATES DISTRICT JUDGE

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

# CERTIFICATE OF SERVICE

I certify that on September 15, 2017, a copy of the foregoing was filed and served electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system as described below. Parties may access this filing through the Court's system.

DATED: September 15, 2017

By */s/ Neeru Jindal*
Neeru Jindal

YU | MOHANDESI LLP
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071